**DENIED**
BY ORDER OF THE COURT

The parties' Stipulation to Allow Plaintiff to Amend Complaint (Doc. 25) is DENIED. Pursuant to Paragraph 9.b of the Court's Initial Standing Order (Doc. 9), motions for leave to amend must meet the requirements of Local Rule 15-1 ("Any proposed amended pleading must be filed as an attachment to the related motion or stipulation") and must contain a "redlined" version of the proposed amended pleading as a separate attachment. Because the parties failed to comply with the Court's Standing Order, the Stipulation is DENIED. This denial is without prejudice and the parties may refile their Stipulation correcting the deficiencies identified herein.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TYLER KAI BRYANT,

Plaintiff,

v.

DUSTIN HEERSCHE; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:23-cv-03434-JLS-PVC

**(PROPOSED) ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**

**ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' stipulation in Case No. 2:23-cv-03434-JLS-PVC is **GRANTED** and Plaintiff is granted leave to file the First Amended Complaint attached to the stipulation.

Plaintiff has seven (7) days from the date of this Order to file a First Amended Complaint. Defendants' responsive pleading shall be due twenty-one (21) days from service of the First Amended Complaint. No currently scheduled hearings will be affected by this Order or by the filing of Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated: October 13, 2023

JOSEPHINE L. STATON
United States District Judge