1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo (SBN 144074)
2  dalekgalipo@yahoo.com
   Benjamin S. Levine (SBN 342060)
3  blevine@galipolaw.com
4  21800 Burbank Blvd., Suite 310
   Woodland Hills, CA 91367
5  Tel: (818) 347-3333
   Fax: (818) 347-4118
6
7  *Attorneys for Plaintiff*

8
9              **UNITED STATES DISTRICT COURT**
10             **CENTRAL DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| TYLER KAI BRYANT,<br><br>  Plaintiff,<br><br>  v.<br><br>DUSTIN HEERSCHE; and DOES 1 through 10, inclusive.<br><br>  Defendants. | Case No. 2:23-cv-03434 JLS (PVCx)<br><br>Honorable Josephine L. Staton<br><br>**(AMENDED) JOINT STIPULATION TO ALLOW PLAINTIFF TO AMEND HER COMPLAINT TO NAME THE DEPUTIES WHO USED FORCE AND PARTICIPATED IN HER ARREST IN PLACE OF DOE DEFENDANTS 1-3**<br><br>*[(Proposed) Redlined First Amended Complaint and (Proposed) Order Filed Concurrently Herewith]* |

**TO THIS HONORABLE COURT:**

   **IT IS HEREBY STIPULATED** by and between Plaintiff TYLER KAI BRYANT and Defendant DUSTIN HEERSCHE ("the Parties"), by and through their respective attorneys of record, as follows:

1. Plaintiff filed her Complaint on May 5, 2023.  At the time of the filing of her original Complaint, Plaintiff was genuinely ignorant of the names of all but one of the Ventura County Sheriff's Department employee(s) and/or individuals who participated in her detention and arrest, and of all of the Ventura County Sheriff's Department employees who used force, during the incident giving rise to this lawsuit.  Subsequently, after the parties exchanged their initial disclosures and initial discovery, Plaintiff discovered information that, during the incident giving rise to this lawsuit, Deputies Bradley Bordon and Eric Wiatt are the additional Ventura County Sheriff's Department employees who used force; that Deputies Bordon, Wiatt, and Jody Desjardins are the additional Ventura County Sheriff's Department employees who participated in Plaintiff's detention; and that Deputy Desjardins is the additional Ventura County Sheriff's Department employee who participated in Plaintiff's arrest.

2. The Parties agree that Plaintiff may file an amended complaint for the primary purpose of naming Deputies Bradley Bordon, Eric Wiatt, and Jody Desjardins as individual defendants.  A copy of Plaintiff's proposed First Amended Complaint is attached hereto as "Exhibit A."

3. Plaintiff shall have 7 days to file her First Amended Complaint after the Court grants her leave.  Defendants shall have 21 days thereafter to file a responsive pleading.

IT IS SO STIPULATED.

/ / /
/ / /
/ / /
/ / /

DATED: October 16, 2023        **LAW OFFICES OF DALE K. GALIPO**

By: */s/ Benjamin S. Levine*
Dale K. Galipo
Benjamin S. Levine[1]
*Attorneys for Plaintiff Tyler Kai Bryant*

DATED: October 16, 2023        **LAWRENCE BEACH ALLEN & CHOI, PC**

By: */s/ Rocco Zambito, Jr.*
James S. Eicher, Jr.
Rocco Zambito, Jr.
*Attorneys for Defendant Dustin Heersche*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.