1 **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
2 dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
3 Woodland Hills, CA 91367
Tel: (818) 347-3333
4 Fax: (818) 347-4118

5 *Attorneys for Plaintiff Tyler K. Bryant,*

6

7               **UNITED STATES DISTRICT COURT**

8               **CENTRAL DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| 10 TYLER KAI BRYANT, | **2:23−cv−03434 JLS (PVCx)** |
| 11     Plaintiff, | *District Judge Josephine L. Staton*<br>*Magistrate Judge Pedro V. Castillo* |
| 12 | |
| 13     v. | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |
| 14 DUSTIN HEERSCHE; BRADLEY BORDON; ERIC WIATT; and JODY DESJARDINS, | |
| 15 | |
| 16 | |
| 17     Defendants. | |

18

19 **TO THIS HONORABLE COURT:**

20     In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and

21 Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of

22 the Complaint, Summons, and other documents on Defendant JODY DESJARDINS

23 (attached hereto as Exhibit "A").

24  DATED: November 9, 2023

25                             LAW OFFICES OF DALE K. GALIPO

26                By:  */s / Dale K. Galipo*

27                           Dale K. Galipo Attorney for Plaintiffs

28

# Exhibit A

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Dale K. Galipo (SBN 144074) <br> Benjamin S. Levine (SBN 342060) <br> LAW OFFICES OF DALE K. GALIPO <br> 21800 Burbank Boulevard, Suite 310   Woodland Hills, CA 91367 <br> TELEPHONE NO.: (818) 347-3333 | FAX NO. (818) 347-4118 | E-MAIL ADDRESS dalekgalipo@yahoo.com <br> ATTORNEY FOR *(Name)*: Plaintiff: TYLER KAI BRYANT | FOR COURT USE ONLY |
|---|---|

| UNITED STATES DISTRICT COURT |
|---|
| STREET ADDRESS: 411 West 4th Street |
| CITY AND ZIP CODE: Santa Ana, CA 92701 |
| BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA |

| PLAINTIFF/PETITIONER: TYLER KAI BRYANT <br> DEFENDANT/RESPONDENT: DUSTIN HEERSCHE; et al. | CASE NUMBER: <br> 2:23-cv-03434-JLS (PVCx) |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 2247096RC |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **Amended Summons; First Amended Complaint; Civil Minutes - General; Civil Trial Order; Initial Standing Order for Civil Cases Assigned to Judge Josephine L. Staton**

3. a. Party served *(specify name of party as shown on documents served)*:
   **JODY DESJARDINS/VC SHERIFF DEPT.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Sheri Bebenining, authorized person to accept service on behalf of Jody Desjardins**

4. Address where the party was served: **800 South Victoria Avenue, Ventura, CA 93009**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **10/31/2023**   (2) at *(time)*: **11:57 AM**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*:   **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10 <br> POS010-1/2247096

| | |
|---|---|
| Plaintiff: TYLER KAI BRYANT<br>Defendant: DUSTIN HEERSCHE; et al. | CASE NUMBER:<br>2:23-cv-03434-JLS (PVCx) |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                                (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☑ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify)*:
c. ☐ as occupant.
d. ☐ On behalf of *(specify)*:
   under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)                      ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)                     ☐ 415.46 (occupant)
                                                    ☐ other:

7. **Person who served papers**
  a. Name: **Sandra Lopez - Ace Attorney Service, Inc.**
  b. Address: **811 Wilshire Boulevard, Suite 900  Los Angeles, CA 90017**
  c. Telephone number: **(213) 623-3979**
  d. **The fee** for service was: **$ 66.00**
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
       (i) ☐ owner     ☑ employee     ☐ independent contractor.
       (ii) Registration No.: **701**
       (iii) County: **VENTURA**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **10/31/2023**

| Sandra Lopez | ▶ *(signature)* |
|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (Signature - Per CC §1633.7) |