PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JAMES S. EICHER, JR., State Bar No. 213796
jeicher@lbaclaw.com
ROCCO ZAMBITO, JR., State Bar No. 306115
rzambito@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorneys for Defendant
Dustin Heersche, Bradley Bordon, Eric Wiatt, and Jody Desjardins

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER KAI BRYANT, <br><br> Plaintiffs, <br><br> vs. <br><br> DUSTIN HEERSCHE; BRADLEY BORDON; ERIC WIATT; AND JODY DESJARDINS, <br><br> Defendants. | Case No. 2:23-cv-03434 JLS (PVCx) <br><br> Honorable Josephine L. Staton <br><br> **NOTICE OF INTERESTED PARTIES** |

TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

//

//

1

The undersigned, counsel of record for Defendants Dustin Heersche, Bradley Bordon, Eric Wiatt, and Jody Desjardins certify that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

| PARTY | CONNECTION AND INTEREST |
|---|---|
| 1. Tyler Kai Bryant | 1. Plaintiff |
| 2. Dustin Heersche | 2. Defendant |
| 3. Bradley Bordon | 3. Defendant |
| 4. Eric Wiatt | 4. Defendant |
| 5. Jody Desjardins | 5. Defendant |

Dated:  November 13, 2023          LAWRENCE BEACH ALLEN & CHOI, PC

By     /s/ Rocco Zambito, Jr.
　　　Rocco Zambito, Jr.
　　　Attorneys for Defendants
　　　Dustin Heersche, Bradley Bordon,
　　　Eric Wiatt, and Jody Desjardins

2