PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JAMES S. EICHER, JR., State Bar No. 213796
jeicher@lbaclaw.com
ROCCO ZAMBITO, JR., State Bar No. 306115
rzambito@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorneys for Defendants
Dustin Heersche, Bradley Bordon, Eric Wiatt, and Jody Desjardins

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER KAI BRYANT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DUSTIN HEERSCHE; BRADLEY BORDON; ERIC WIATT; and JODY DESJARDINS,<br><br>　　　　Defendants. | Case No. 2:23-cv-03434 JLS (PVCx)<br><br>Honorable Josephine L. Staton<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[FED. R. CIV. P. 41(a)(1)(A)(ii)]<br><br>[[*Proposed*] *Order lodged concurrently herewith*] |

//
//

1

IT IS HEREBY STIPULATED by and between Plaintiff Tyler Kai Bryant ("Plaintiff") and Defendants Dustin Heersche, Bradley Bordon, Eric Wiatt, and Jody Desjardins (collectively, "Defendants"), by and through their respective attorneys of record, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with all parties to bear their own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

Dated: April 11, 2024          LAWRENCE BEACH ALLEN & CHOI, PC

                               By  /s/ Rocco Zambito, Jr.
                                   Rocco Zambito, Jr.[1]
                                   Attorneys for Defendants
                                   Dustin Heersche, Bradley Bordon,
                                   Eric Wiatt, and Jody Desjardins

Dated: April 11, 2024          LAW OFFICES OF DALE K. GALIPO

                               By  /s/ Benjamin S. Levine
                                   Dale K. Galipo
                                   Benjamin S. Levine
                                   Attorneys for Plaintiff
                                   Tyler Kai Bryant

---

[1] As the filer of this Joint Stipulation, I, Rocco Zambito, Jr., attest that counsel for Plaintiff concurs in the contents of the Stipulation and has authorized its filing with an electronic signature.

2