PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JAMES S. EICHER, JR., State Bar No. 213796
jeicher@lbaclaw.com
ROCCO ZAMBITO, JR., State Bar No. 306115
rzambito@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorneys for Defendants
Dustin Heersche, Bradley Bordon, Eric Wiatt, and Jody Desjardins

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER KAI BRYANT,<br><br>   Plaintiff,<br><br>   vs.<br><br>DUSTIN HEERSCHE; BRADLEY BORDON; ERIC WIATT; and JODY DESJARDINS,<br><br>   Defendants. | Case No. 2:23-cv-03434 JLS (PVCx)<br><br>Honorable Josephine L. Staton<br><br>**[PROPOSED] ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>*[Filed concurrently with Stipulation to Dismiss Entire Action with Prejudice]* |

Pursuant to the stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with all parties to bear their own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED: _____     _____
                                                    HONORABLE JOSEPHINE L. STATON
                                                    UNITED STATES DISTRICT JUDGE

1